UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| 7220, LLC, | ) | CASE NO: 15-20448-JRS |
| | ) | |
|     Debtor. | ) | |
| | ) | |

## MOTION FOR USE OF CASH COLLATERAL

**COMES NOW** 7220, LLC, Debtor and Debtor-in-possession in the above referenced Chapter 11 case, and files this Motion For Use of Cash Collateral, respectfully showing the Court as follows:

1. Debtor filed a petition constituting an Order for Relief under 11 U.S.C. Chapter 11 on March 2, 2015.

2. Debtor owns a commercial building located at 3890 Johns Creek Parkway, Suwanee, Forsyth County, Georgia (the "Property"). The rents from the commercial building are the sole source of revenue for the Debtor.

3. Northside-Rosser Debt Holdings, LLC ("Northside-Rosser") asserts a first priority lien on the Property and the rents therefrom to secure a claim in the disputed amount of $10,549,229.09. The Property has a market value of at least $11,000,000.00.

4. The rents from the Property may constitute cash collateral as that term is defined in 11 U.S.C. Section 363 (the "Cash Collateral"). Debtor believes that Northside-Rosser asserts an interest in the Cash Collateral. Debtor is unaware of any other party asserting an interest in the Cash Collateral.

5. Debtor needs to use the Cash Collateral to meet its ordinary operating expenses. Debtor has no other source of income other than the Cash Collateral. Attached hereto as Exhibit

04023204-

"A" is a copy of Debtor's budget of projected expenses for the six months from March 2015 through and including August 2015.

6.    To the extent that Debtor uses the Cash Collateral, Debtor proposes to grant Northside-Rosser replacement liens in rents generated post-petition of the same kind, extent and priority as those existing pre-petition. Hence, Northside-Rosser's interests in the Debtor's Cash Collateral are adequately protected.

**WHEREFORE**, Debtor prays that this Court grant Debtor the authority to use Cash Collateral pursuant to the attached budget, and for such other relief as is just and proper.

On this 3rd day of March, 2015.

                                    MACEY, WILENSKY & HENNINGS, LLC

                                    BY: /s/ David W. Gordon
                                          David W. Gordon; SBN: 726483
                                          William A. Rountree; SBN: 616503
                                          ***Attorneys for Debtor***

303 Peachtree Street, N.E.
Suite 4420
Atlanta, GA  30308
(404) 584-1200; (404) 681-4355 – Facsimile
dgordon@maceywilensky.com

04023204-

# EXHIBIT "A"

## (BUDGET FOR MARCH 2015 – AUGUST 2015)

04023204-

Johns Creek
Income and Expense Detail
March - April 2015 budget

| | | | Mar | April | May | June | July | August | Budget |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **REVENUE** | | | | | | | | | |
| | 4500-0000 | RENT | 80,660 | 80,660 | 82,273 | 82,273 | 82,273 | 82,273 | 490,413 |
| | 4500-0006 | RENT CONCESSION | - | - | - | - | - | - | - |
| | 4500-0010 | REAL ESTATE TAX | - | - | - | - | - | - | - |
| | 4500-0020 | OPERATING EXPENSE RECOVERY | 33,332 | 33,332 | 33,332 | 33,332 | 33,332 | 33,332 | 199,989 |
| | 4500-0030 | PARKING GARAGE REVENUE | - | - | - | - | - | - | - |
| | 4500-0031 | STORAGE INCOME | - | - | - | - | - | - | - |
| | 4500-0032 | ANTENNA INCOME | - | - | - | - | - | - | - |
| | 4500-0040 | TENANT SERVICES INCOME | 137 | 137 | 137 | 137 | 137 | 137 | 822 |
| | 4650-0000 | UTILITY REIMB | - | - | - | - | - | - | - |
| | | TOTAL REVENUE | 114,128 | 114,128 | 115,742 | 115,742 | 115,742 | 115,742 | 691,224 |
| **OPERATING EXPENSES** | | | | | | | | | |
| *Janitorial* | | | | | | | | | |
| | 6300-0001 | JANITORIAL CONTRACT | 2,872 | 2,872 | 2,872 | 2,872 | 2,872 | 2,872 | 17,232 |
| | 6300-0002 | JANITORIAL WINDOW CLG | - | - | - | - | - | - | - |
| | 6300-0003 | JANITORIAL SUPPLY & MAINT | 495 | 495 | 469 | 469 | 469 | 496 | 2,894 |
| | 6300-0004 | JANITORIAL CARPET CLEANING | - | - | - | - | - | - | - |
| | 6300-0005 | JANITORIAL DUMPSTERS | 280 | 280 | 280 | 280 | 280 | 280 | 1,680 |
| | | Total Janitorial | 3,647 | 3,647 | 3,621 | 3,621 | 3,621 | 3,648 | 21,806 |
| *Landscaping* | | | | | | | | | |
| | 6300-0010 | LANDSCAPING EXTERIOR | 740 | 1,200 | 2,094 | 740 | 740 | 740 | 6,254 |
| | 6300-0011 | LANDSCAPING INTERIOR | 52 | 52 | 52 | 52 | 52 | 52 | 312 |
| | 6300-0012 | LANDSCAPING IRRIGATION | - | - | 500 | - | - | - | 500 |
| | 6300-0014 | LANDSCAPING MISC | 750 | - | - | - | - | - | 750 |
| | | Total Landscaping | 1,542 | 1,252 | 2,646 | 792 | 792 | 792 | 7,816 |
| *Electrical* | | | | | | | | | |
| | 6300-0021 | ELECTRICAL SUPPLIES | - | - | - | 500 | - | - | 500 |
| | 6300-0022 | ELECTRICAL R & M | - | - | 600 | 250 | - | - | 850 |
| | | Total Electrical | - | - | 600 | 750 | - | - | 1,350 |
| *Security* | | | | | | | | | |
| | 6300-0025 | SECURITY CONTRACT | 70 | 175 | 70 | 70 | 175 | 70 | 630 |
| | 6300-0026 | SECURITY SUPPLIES | - | - | - | - | - | - | - |
| | | Total Security | 70 | 175 | 70 | 70 | 175 | 70 | 630 |
| *HVAC* | | | | | | | | | |
| | 6300-0030 | HVAC CONTRACT | - | - | 1,050 | - | - | 1,050 | 2,100 |
| | 6300-0031 | HVAC WATER TREATMENT | - | - | - | - | - | - | - |
| | 6300-0032 | HVAC SUPPLIES | - | - | - | - | - | - | - |
| | 6300-0033 | HVAC REPAIR & MAINT. | 70 | 1,570 | 70 | 70 | 70 | 820 | 2,670 |
| | 6300-0034 | HVAC PAYROLL | - | - | - | - | - | - | - |
| | | Total HVAC | 70 | 1,570 | 1,120 | 70 | 70 | 1,870 | 4,770 |
| *Elevators* | | | | | | | | | |
| | 6300-0040 | ELEVATOR CONTRACT | 230 | 230 | 230 | 230 | 230 | 230 | 1,380 |
| | 6300-0041 | ELEVATOR PHONES | 70 | 70 | 70 | 70 | 70 | 70 | 420 |
| | 6300-0042 | ELEVATOR R & M | - | - | - | - | - | - | - |
| | 6300-0043 | ELEVATOR SIGNS | - | - | - | - | - | - | - |
| | | Total Elevators | 300 | 300 | 300 | 300 | 300 | 300 | 1,800 |
| *Repair & Maintenance* | | | | | | | | | |
| | 6300-0050 | PLUMBING R&M | - | - | 750 | - | 250 | - | 1,000 |
| | 6300-0051 | R & M PAINTING | - | - | - | - | - | - | - |
| | 6300-0052 | SEASONAL DÉCOR | - | - | - | - | - | - | - |
| | 6300-0053 | R & M FIRE ALARM | 640 | 740 | 1,296 | 140 | 490 | 390 | 3,696 |
| | 6300-0055 | R & M LABOR | 1,364 | 1,364 | 1,364 | 1,364 | 2,046 | 1,364 | 8,866 |

| Account | Description | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| 6300-0056 | R & M SUPPLIES | 250 | - | - | - | - | - | 250 |
| 6300-0057 | R & M WINDOW CLEANING | - | - | - | 880 | - | - | 880 |
| 6300-0058 | R & M LOCKS KEYS & DOORS | - | 250 | - | - | - | - | 250 |
| 6300-0059 | R & M PEST CONTROL | 70 | 70 | 70 | 70 | 70 | 70 | 420 |
| 6300-0060 | R & M MISC | - | - | - | - | - | - | - |
| 6300-0061 | R & M ROOF | - | - | - | - | - | - | - |
| 6300-0062 | R & M PARKING LOT & DECK | - | - | - | - | - | - | - |
| 6300-0063 | R & M WOOD/METAL MAINT | 267 | 267 | 267 | 267 | 267 | 267 | 1,602 |
| 6300-0064 | R & M PRESSURE WASHING | - | - | - | - | - | - | - |
| 6300-0065 | R & M SIGNAGE | - | - | - | - | - | - | - |
| 6300-0066 | R & M EQUIPMENT RENTAL | - | - | - | - | - | - | - |
| 6300-0067 | R & M SMALL TOOLS | - | - | - | - | - | - | - |
| 6300-0068 | R & M UNIFORMS | - | - | - | - | - | - | - |
| 6300-0070 | R & M MILEAGE | 70 | 70 | 70 | 70 | 70 | 70 | 420 |
| | Total R & M | 2,661 | 2,761 | 3,817 | 2,791 | 3,193 | 2,161 | 17,384 |
| **Utilities** | | | | | | | | |
| 6300-0200 | UTILITIES WATER/SEWER | 300 | 300 | 800 | 1,800 | 1,800 | 1,800 | 6,800 |
| 6300-0201 | UTILITIES ELECTRICITY | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 10,500 | 63,000 |
| 6300-0202 | UTILITIES GAS | - | - | - | - | - | - | - |
| | Total Utilities | 10,800 | 10,800 | 11,300 | 12,300 | 12,300 | 12,300 | 69,800 |
| **General & Admin** | | | | | | | | |
| 6300-0220 | PROPERTY MGMT FEES | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 18,000 |
| 6300-0221 | ADMIN OFFICE & SUPPLIES | 60 | 60 | 60 | 60 | 60 | 60 | 360 |
| 6300-0222 | ADMIN PAYROLL | 1,775 | 1,775 | 1,775 | 1,775 | 2,663 | 1,775 | 11,538 |
| 6300-0223 | ADMIN POSTAGE | 40 | 40 | 40 | 40 | 40 | 40 | 240 |
| 6300-0224 | ADMIN TELEPHONES | 105 | 105 | 105 | 105 | 105 | 105 | 630 |
| 6300-0225 | ADMIN PRINTING & COPYING | 25 | - | - | - | - | - | 25 |
| 6300-0295 | Association Dues | 225 | 225 | 225 | 225 | 225 | 225 | 1,350 |
| 6300-0227 | ADMIN TENANT RELATIONS | - | - | - | - | - | - | - |
| 6300-0300 | ADMIN PROPERTY TAXES | 250 | - | - | - | - | - | 250 |
| 6300-0301 | ADMIN OTHER TAXES | - | - | - | - | - | - | - |
| 6300-0305 | ADMIN PROP INSURANCE | - | - | 3,623 | - | - | - | 3,623 |
| | Total Admin | 5,480 | 5,205 | 8,828 | 5,205 | 6,093 | 5,205 | 36,016 |
| | TOTAL EXPENSES | 24,570 | 25,710 | 32,302 | 25,899 | 26,544 | 26,346 | 161,371 |
| **Non-Operating Expense** | | | | | | | | |
| 6300-0513 | NON-OPEX ADMIN | 119 | 119 | 119 | 119 | 119 | 119 | 714 |
| 6300-0458 | NON-OPEX R&M | - | - | - | - | - | - | - |
| 6300-0452 | NON-OPEX TENANT RELATIONS | 100 | - | - | 100 | - | - | 200 |
| 6300-0500 | NON-OPEX ADVERTISING | 60 | 60 | 60 | 60 | 60 | 60 | 360 |
| 6300-0501 | NON-OPEX LEGAL/ACCTG | 2,160 | 1,910 | 1,910 | 1,910 | 1,910 | 2,160 | 11,960 |
| 6300-0502 | NON-OPEX BANK FEES | 50 | 50 | 50 | 50 | 50 | 50 | 300 |
| 6300-0503 | NON-OPEX SPACE PLANNING | - | - | - | - | - | - | - |
| 6300-0504 | NON-OPEX PROFESSIONAL FEES | - | - | 175 | - | - | - | 175 |
| 6300-0519 | NON-OPEX Asset Mgmt Fee | 425 | 425 | 425 | 425 | 425 | 425 | 2,550 |
| 6300-0506 | NON-OPEX TENANT IMPROVEMENTS | - | - | - | - | - | - | - |
| 6300-0507 | NON-OPEX BLDG IMPROVEMENTS | - | - | - | - | - | - | - |
| | Total Non Operating Expense | 2,914 | 2,564 | 2,739 | 2,664 | 2,564 | 2,814 | 16,259 |
| **DEBT SERVICE** | | | | | | | | |
| | Principal & interest | 39,830 | 44,098 | 42,675 | 44,098 | 42,675 | 44,098 | 257,473 |
| | **NET INCOME** | 46,814 | 41,757 | 38,026 | 43,081 | 43,958 | 42,484 | 256,121 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| 7220, LLC, ) | CASE NO: 15-20448-JRS |
| ) | |
| Debtor. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I certify that a copy of **Motion for Use of Cash Collateral** was served by depositing a copy of same in the United States Mail, first class postage prepaid, addressed to:

Office of United States Trustee  
362 United States Courthouse  
75 Spring Street, S.W.  
Atlanta, Georgia 30303

Matthew Brower  
Northside-Rosser Debt Holdings, LLC  
152 West 57th Street  
19th Floor  
New York, New York 10019

    AND

The Twenty Largest Unsecured Creditors as shown on Exhibit "A" attached hereto.

This 3rd day of March, 2015.

                                MACEY, WILENSKY & HENNINGS, LLC

                      BY:  /s/ David W. Gordon_____  
                              David W. Gordon; SBN: 726483  
                              William A. Rountree; SBN: 616503  
                              ***Attorneys for Debtor***

303 Peachtree Street, N.E.  
Suite 4420  
Atlanta, GA 30308  
(404) 584-1200; (404) 681-4355 – Facsimile  
dgordon@maceywilensky.com

04023204-

## EXHIBIT "A"

## 7220, LLC

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Gail Pollock
8143 Valhalla Drive
Delray Beach, FL  33443

Highgrove Partners, LLC
c/o James McCutcheon
7730 The Bluffs
Austell, GA  30168

Jackson Corporate Real Estate
101 Marietta Street
31st Floor
Atlanta, GA  30303

Sure Tech Services, Inc.
P. O. Box 884
Jefferson, GA  30549

04023204-